IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD CREED | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SPS TECHNOLOGIES, LLC | : | NO. 13-718 |

O R D E R

**AND NOW,** this 28th day of February, 2014, it having been reported that the issues between the parties in the above action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is hereby

**ORDERED**

that the above action is **DISMISSED** with prejudice, without costs, pursuant to the agreement of counsel.

BY:

/s/ Lisa Tipping
Lisa Tipping
Deputy Clerk to the Honorable Thomas J. Rueter